IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORY'S DAWN, INC.; and GAYLE MORRISON AND WILLIAM M. CLEMONS, JR., AS TRUSTEES OF THE FIFTH AMENDED AND RESTATED CLARENCE A. CLEMONS FAMILY REVOCABLE TRUST,<br><br>*Plaintiffs,*<br><br>v.<br><br>CLARENCE ANICHOLAS CLEMONS III and BIG MAN'S WEST LLC<br><br>*Defendants.* | Civil Action No. 3:21-cv-9744<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 55(a), and upon the Declaration of Brett Van Benthysen and the exhibits attached thereto, Plaintiffs Victory's Dawn, Inc., and Gayle Morrison and William M. Clemons, Jr, as Trustees of the Fifth Amended and Restated Clarence A. Clemons revocable Trust Broadway Holdings VI, LLC, ("Plaintiffs") by and through their undersigned attorneys, hereby request that the Clerk of the Court enter default against Defendants Clarence Anicholas Clemons III ("Nick") and Big Man's West LLC ("BMW")(collectively, "Defendants") for Defendants' failure to plead or otherwise defend against Plaintiffs' Complaint, which was served on Defendants on April 29, 2021.

Dated:  New York, New York
        June 16, 2021

REITLER KAILAS & ROSENBLATT LLC

By   *s/ Brett Van Benthysen*
     Brett Van Benthysen
     885 Third Avenue, 20th Floor
     New York, New York 10022
     (212) 209-3050
     *Attorneys for Plaintiffs Victory's Dawn, Inc., and*

*Gayle Morrison and William M. Clemons, Jr, as Trustees of the Fifth Amended and Restated Clarence A. Clemons revocable Trust Broadway Holdings VI, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of June 2021, I electronically filed the Request for Entry of Default and Declaration of Brett Van Benthysen with the Clerk of Court via the CM/ECF system.  The filed documents were also served on Defendants Clarence Anicholas Clemons III and Big Man's West LLC ("Defendants") by mailing the foregoing papers at the following addresses enclosed in a first class postpaid wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the state:

    Clarence Anicholas Clemons III
    63 Merritt Avenue,
    Neptune City, NJ 07753

    Big Man's West LLC
    63 Merritt Avenue,
    Neptune City, NJ 0775

    Big Man's West LLC
    c/o Beth Golub-Fromkin,
    5138 NW 109th Terrace
    Coral Springs, FL 33076

Dated:  June 16, 2021

                                                   *s/ Brett Van Benthysen*
                                                   Brett Van Benthysen